# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. d/b/a SUNSET TOWER FAMILY DENTISTRY, ) ) ) Plaintiff, ) ) v. ) ) SCHEDULING INSTITUTE, INC. d/b/a ) SCHEDULING INSTITUTE, JAY M. GEIER, ) individually and d/b/a ) SCHEDULING INSTITUTE ) and JOHN DOES 1-10, ) ) Defendants. ) | Case No.: 4:15-cv-00450-JAR |

## ORDER

Pursuant to the hearing held on February 4, 2016,

**IT IS HEREBY ORDERED** that the parties shall submit an amended motion for preliminary approval of settlement **on or before February 19, 2016**.

Dated this 4th day of February, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE