IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. d/b/a SUNSET TOWER FAMILY DENTISTRY,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>SCHEDULING INSTITUTE, INC. d/b/a SCHEDULING INSTITUTE, JAY M. GEIER, individually and d/b/a SCHEDULING INSTITUTE and JOHN DOES 1-10,  )<br><br>Defendants.  ) | Case No.: 4:15-cv-00450-JAR |

**ORDER**

In light of the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, entered this day,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Certify Class (Doc. No. 16) is **DENIED** without prejudice as moot.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 28) is **DENIED** without prejudice as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Discovery and to Stay Briefing (Doc. No. 31) is **DENIED** without prejudice as moot.

**IT IS FINALLY ORDERED** that Plaintiff's first Motion for Preliminary Approval of Class Action Settlement (Doc. No. 43) is **DENIED** as moot.

Dated this 26th day of February, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE